# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Matter of Arbitration between<br><br>HURON CONSULTING GROUP INC., a Delaware corporation,<br><br>    *Petitioner*,<br><br>v.<br><br>RONALD GRUNER, individually, and as Representative of the former Stockholders of Sky Analytics, Inc.,<br><br>    *Respondent*. | Case No.<br><br>**PUBLIC REDACTED VERSION** |

## PETITION TO CONFIRM ARBITRATION AWARD

Petitioner Huron Consulting Group Inc. ("Huron"), by and through its attorneys, and as for its Petition to Confirm Arbitration Award against Respondent Ronald Gruner ("Gruner"), alleges as follows:

### PARTIES

1. Petitioner Huron is a Delaware corporation, with its principal place of business located in Chicago, Illinois.

2. Respondent Gruner is an individual who resides in Naples, Florida and who is a citizen of Florida.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.A. § 1332(a)(1) because the parties are citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

1

4. This is a proceeding to confirm an arbitration award arising under Section 9 of the Federal Arbitration Act ("FAA"), 9 U.S.C.A. § 9.

5. The FAA provides for venue in the district in which the award was made. 9 U.S.C.A. § 9.

6. Venue is proper pursuant to 9 U.S.C.A. § 9 because the arbitration was conducted and the award was made within this district in Chicago, Illinois.

## PETITION TO CONFIRM ARBITRATION AWARD

7. On March 20, 2017, Gruner, Huron, and Consilio, LLC ("Consilio") entered into an agreement to arbitrate certain of their disputes arising from an earnout provision of a stock purchase agreement ("SPA") between Huron, Sky Analytics Inc. ("Sky"), and the stockholders of Sky. The three parties agreed to proceed before JAMS.

8. On April 7, 2017, Gruner, individually and as representative of the former shareholders of Sky, commenced an arbitration proceeding by filing a statement of claim with JAMS against both Huron and Consilio.

9. Specifically, the arbitration addressed whether Huron and Consilio breached the covenant of good faith and fair dealing implied in the SPA.

10. The parties selected the Honorable Stephen A. Schiller (Ret.) to serve as the sole arbitrator.

11. The arbitrator conducted an evidentiary hearing on January 8 through 12, 2018 at JAMS offices in Chicago, Illinois. The parties each appeared at the hearing, were represented by counsel, and offered evidence and argument.

12. On April 12, 2018, the arbitrator rendered a written, reasoned arbitration award (the "Award"). A true and correct copy of the Award is attached as Exhibit A.

13. The arbitrator found in favor of Huron and Consilio, █████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████

14. The Award was served on all parties on April 13, 2018.

15. Under Rule 25 of the JAMS Comprehensive Arbitration Rules & Procedures (effective July 1, 2014), "Proceedings to enforce, confirm, modify or vacate an Award will be controlled by and conducted in conformity with the Federal Arbitration Act, 9 U.S.C. Sec 1, *et seq.*, or applicable state law. The Parties to an Arbitration under these Rules shall be deemed to have consented that judgment upon the Award may be entered in any court having jurisdiction thereof."

16. Section 9 of the FAA provides that the Court "must" confirm an arbitration award "unless" the award is vacated, modified, or corrected as prescribed in 9 U.S.C.A §§ 10 and 11.

17. To date, the Award has not been vacated, modified, or corrected as prescribed in 9 U.S.C.A §§ 10 and 11.

18. This petition to confirm is brought within one year of the date the Award was rendered.

19. As a result of the foregoing, Huron is entitled to an order confirming the Award, and that judgment be entered in conformity with that order, pursuant to 9 U.S.C.A. § 9.

WHEREFORE, Huron respectfully requests that:

1. An order of this Court be made confirming the arbitrator's April 12, 2018 Award;

2. Judgment be entered in conformity with that order; and

3. Huron be awarded such other and further relief as this Court deems just and proper.

Dated: March 25, 2019            Respectfully submitted,

           /s/ *Christopher J. Barber*
           Christopher J. Barber
           Ashley Hyun-Jeong Kim
           WILLIAMS MONTGOMERY & JOHN LTD.
           233 South Wacker Drive, Suite 6800
           Chicago, Illinois 60606-6359
           312-443-3200
           CJB@willmont.com
           AHK@willmont.com

           *Counsel to Huron Consulting Group Inc.*

DocId. 1284698

# EXHIBIT A

# REDACTED