## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In the Matter of Arbitration between Huron Consulting Group, Inc. v. Ronald Gruner

Case Number: 19 - cv - 02039

An appearance is hereby filed by the undersigned as attorney for:

Huron Consulting Group, Inc.

Attorney name (type or print): Christopher J. Barber

Firm: Williams Montgomery & John Ltd.

Street address: 233 S. Wacker Dr., Suite 6800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6192190
(See item 3 in instructions)

Telephone Number: (312) 443-3277

Email Address: cjb@willmont.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | X | |
| Are you acting as local counsel in this case? | | X |
| Are you a member of the court's trial bar? | X | |
| If this case reaches trial, will you act as the trial attorney? | X | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 25, 2019

Attorney signature: s/ *Christopher J. Barber*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015