IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HURON CONSULTING GROUP INC., | ) | |
| Petitioner, | ) ) | No. 19-cv-02039 |
| | ) | Judge John J. Tharp, Jr. |
| v. | ) ) | |
| RONALD GRUNER, | ) ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

This action having been decided on a motion to confirm arbitration award by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is entered in favor of petitioner Huron Consulting Group Inc. The arbitrator's April 12, 2018 Award is confirmed. Petitioner shall recover costs from respondent.

Date: June 21, 2019

John J. Tharp, Jr.
United States District Judge